# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

| | |
|---|---|
| RONALD L. McNINCH, <br>         Plaintiff, <br>    v. <br><br> GUAM and THE HONORABLE LOU LEON GUERRERO, <br><br>         Defendants. | **NOTICE** <br><br><br><br> CASE NUMBER: **CV-25-00034** |

TYPE OF CASE:

**X CIVIL**      CRIMINAL      PETTY OFFENSE

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE <br> **3rd Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** <br> **Hagatna, Guam 96910** | ROOM NO. <br>                            **3rd Floor Courtroom** <br> DATE AND TIME |
|---|---|

TYPE OF PROCEEDING

## SCHEDULING CONFERENCE

**X TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE: <br> **3rd Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** <br> **Hagatna, Guam 96910** | DATE AND TIME PREVIOUSLY SCHEDULED: <br><br> NOVEMBER 20, 2025 at 10:30 A.M. | MOVED TO DATE AND TIME: <br><br> **NOVEMBER 18, 2025 at 11:00 A.M.** |
|---|---|---|

 

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| October 16, 2025 <br> DATE | /s/ HOLLY P. GUMATAOTAO <br> (BY) DEPUTY CLERK |