# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD L. MCNINCH, on behalf of himself, *Pro Se*,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GUAM and THE HONORABLE LOU LEON GUERRERO, personally and in her official capacities, together with all others similarly situated,<br><br>　　　　　Defendants. | CIVIL CASE NO. 25-00034<br><br>**ORDER TO SHOW CAUSE WHY SECOND AMENDED COMPLAINT SHOULD NOT BE STRUCK** |

On August 22, 2025, the Plaintiff filed a Complaint herein, followed by the filing of an Amended Complaint on October 24, 2025. *See* ECF Nos. 1 and 5.

On November 13, 2025, the Plaintiff filed a Second Amended Complaint the ("SAC"). *See* ECF No. 8.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, a "party may amend its pleading once as a matter of course" within specific time frames. Fed. R. Civ. P. 15(a)(1). Further amendment, however, may only be done with the opposing party's written consent or with leave of court. Fed. R. Civ. P. 15(a)(2). Here, the Plaintiff neither had the written consent of the opposing parties nor did he obtain leave of court before filing the SAC.

Accordingly, the Plaintiff is ordered to show cause why the court should not strike the SAC from the docket for failure to comply with Rule 15(a)(2). The Plaintiff's response to this Order to Show Cause shall be filed no later than November 28, 2025, at 3:00 p.m.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Nov 14, 2025