Ronald L. McNinch
PO Box 5224
Mangilao, Guam 96923
Cell Phone: 671-488-8889
Email: govguam@gmail.com
Pro Se



FILED
DISTRICT COURT OF GUAM

JUL 23 2026
@ 8:04AM
JEANNE G. QUINATA
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

--------

RONALD L. MCNINCH, on behalf
of himself,

        Plaintiff,

  vs.

GUAM ELECTION COMMISSION, et,al.
        Defendants.

)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 25-00034

REPLY TO SHOW CAUSE ORDER
AND
APOLOGY

1.  The plaintiff would like to respectfully reply to Document 57, the Show Cause Order. The plaintiff was absent from the status conference held on July 22,2026 at 10am. This reply is made to explain why the plaintiff missed the hearing and apologize.

2.  The plaintiff respectfully apologizes to Judge Coughenour and the Guam District Court. The plaintiff will also take steps to ensure proceedings are not missed again.

3.  The following is a brief explanation of why the status conference was not attended. The plaintiff was on-island and available to attend the proceedings. Further, the District Court staff proactively called the plaintiff's cell number at the time of the conference.  However the plaintiff was in a meeting and his cell phone was off.

    a.  Since 2016, the plaintiff has received over 150 emails via the Guam District Court's ECF system. All else equal, all have been responded to appropriately.

    b.  On June 2, 2026, the Plaintiff received the ECF email in Attachment A. The

email subject was, "Activity in Case. Moylan v. Supreme Court Notice of Hearing. " The plaintiff is not a party in this case and had assumed this was a general information email. The plaintiff, to his knowledge, had not previously received an ECF email with docket information from multiple cases. Ther plaintiff did not see this case status hearing schedule item. Due to the plaintiff's error, it looked like an email regarding another case on the plaintiff's smartphone. Also, the plaintiff's smartphone calendar did not add the hearing to the meeting calendar. This may have been due to a software issue.

c. The plaintiff had a routine surgical procedure in Taiwan on July 6, 2026. With all candor, the plaintiff does not remember clearly the week before and after surgery. The plaintiff obtained an election related court clearance from the District Court the last week of June 2026. While not sure, the plaintiff always checks active case ECF items on the Guam District Court public terminals. The public terminal link to document 55 does not appear to be active and this also may have added to the plaintiff missing the status hearing notice.

d. As a final point, the plaintiff bears the responsibility to know when to attend proceedings. In part, the plaintiff was relying on the joint scheduling document (Document 40) which has a list of dates to file motions and other scheduling items. The plaintiff erred and thought the June 2 email related to another case.

4. The plaintiff would like to thank the court for this opportunity to explain his absence.

5. The plaintiff would like to respectfully request that the case proceed as scheduled per the scheduling order. This error will not happen again.

Sincerely, _Ronald L. McNinch_
Ronald L. McNinch, Pro Se

Attachment A: June 2, 2026 ECF Email

(Please note, from an Apple Smartphone, the subject and case name only show the

Moylan v. Supreme Court Case.)

Attachment B: Suggestion

ATTACHMENT A
(2 PAGES)

Outlook

## Fwd: Activity in Case . Moylan v. Supreme Court of Guam Notice of Hearing

**From** Ron <govguam@gmail.com>
**Date** Wed 22-Jul-26 2:39 PM

[EXTERNAL EMAIL - Please use caution when opening attachments or clicking links.]

Sent from my iPhone

Begin forwarded message:

> **From:** CM-ECF@gud.uscourts.gov
> **Date:** July 22, 2026 at 1:38:44 PM GMT+10
> **To:** CM-ECF@gud.uscourts.gov
> **Subject: Activity in Case . Moylan v. Supreme Court of Guam Notice of Hearing**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### Civil/Criminal CM/ECF System

### District Court of Guam

## Notice of Electronic Filing

The following transaction was entered on 06/02/2026 at 09:26:03 AM CST and filed on 06/02/2026

| | |
|---|---|
| **Case Name:** | Moylan v. Supreme Court of Guam |
| **Case Number:** | 1:26-cv-00007 |
| **Filer:** | |
| **Document Number:** | 7 (No document attached) |

**Docket Text:**
Notice of Hearing: Status Conference set for 7/22/2026 at 10:00 AM in 4th Floor Courtroom before Senior Judge John C. Coughenour. (hpg)

| | |
|---|---|
| **Case Name:** | McNinch v. Guam et al. |
| **Case Number:** | 1:25-cv-00034 |
| **Filer:** | |
| **Document Number:** | 55 (No document attached) |

**Docket Text:**
Notice of Hearing: Status Conference set for 7/22/2026 at 10:00 AM in 4th Floor Courtroom before Senior Judge John C. Coughenour. (hpg)

| | |
|---|---|
| **Case Name:** | Develles v. Government Of Guam et al |
| **Case Number:** | 1:24-cv-00019 |
| **Filer:** | |
| **Document Number:** | 80 (No document attached) |

**Docket Text:**
Notice of Hearing: Status Conference set for 7/22/2026 at 10:00 AM in 4th Floor Courtroom before Senior Judge John C. Coughenour. (hpg)

| | |
|---|---|
| **Case Name:** | Moylan v. Supreme Court of Guam |
| **Case Number:** | 1:26-cv-00008 |
| **Filer:** | |
| **Document Number:** | 6 (No document attached) |

**Docket Text:**
Notice of Hearing: Status Conference set for 7/22/2026 at 10:00 AM in 4th Floor Courtroom before Senior Judge John C. Coughenour. (hpg)

**1:26-cv-00007 Notice has been electronically mailed to:**

**1:26-cv-00007 Notice has been delivered by other means to:**

Gonzalo Alberto Gayoso
Gonzalo Alberto Gayoso
134 W Soledad Avenue
Ste 412
Hagatna, GU 96910

**1:25-cv-00034 Notice has been electronically mailed to:**

Ronald L. McNinch    govguam@gmail.com, mcninchr@triton.uog.edu

**1:25-cv-00034 Notice has been delivered by other means to:**

Louie J. Yanza

Ronald L. McNinch
PO Box 5224
Mangilao, Guam 96923


Memo to:
Ms. Jeanne Quinata
District Court of Guam
20 W. Soledad Ave FL 4
Hagåtña, GU 96910


RE: The CM/ECF System Communications with Pro Se Litigants


Dear Ms. Quinata,

As a constructive and positive suggestion, I would like to kindly and respectfully suggest

the District Court of Guam use direct systems communications with pro se litigants when

using the CM/ECF (Case management and Electronic Case Filing) system. Pro se litigants

are often not lawyers and emails regarding their case can be easily confused if joint dockets

are sent via the ECF system. Also, professional lawyers have very strong informal social ties

that provide supplemental reminders about pending actions before the courts. Many pro se

litigants are not privy to these side lawyer social based discussions.

I would also like to constructively suggest that this point be shared with the 9th Circuit Court

of Appeals and nationally at the AOC (Administrative Office of the Courts,)  The courts of

the United States have a longstanding commitment to pro se litigants and the CM/ECF is a

relatively new system that is likely unfamiliar to the normal citizen public.


Thank you for consideration of this suggestion.

Sincerely, _____

          Ron McNinch

          Citizen of Guam and the United States of America