# UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

RONALD L. MCNINCH,

Plaintiff,

v.

THE GUAM ELECTION COMMISSION, *et al.*,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CIVIL CASE NO. 25-00034

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Court's order granting Plaintiff's unopposed request for non-suit, this matter is DISMISSED without prejudice.

DATED this 28th day of October 2026.

JEANNE G. QUINATA
Clerk of Court

/s/ Virginia T. Kilgore
Deputy Clerk